No. 05–6180.  SCOTT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–6181.  BAILEY v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 05–6182.  BUI ET UX. v. VICTORINO ET UX.  Ct. App. Wash.  Certiorari denied.

No. 05–6187.  SHIVAEE v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 05–6189.  SAUNDERS v. TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW.  C. A. 3d Cir.  Certiorari denied.

No. 05–6244.  ATWELL v. WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 05–6268.  KINDRED v. VANDERGRIFT ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 05–6289.  WILLIAMS v. WADE ET AL.  Sup. Ct. Ark.  Certiorari denied.

No. 05–6296.  MILLER v. ROMANOWSKI, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–6331.  MISIAK v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 05–6333.  LEKAS v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 05–6338.  O'GARRA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 05–6357.  ARI v. MITCHELL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–6364.  PURVIS v. CHATMAN, WARDEN.  C. A. 11th Cir.  Certiorari denied.